**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2794**

———————

DIANE MATCHEM, and Diane Matchem for William
Matchem,

                                        Plaintiff - Appellant,

        versus

MARVIN  RUNYON,  Postmaster  General,  United
States Postal Service,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Graham C. Mullen, District
Judge.  (CA-92-56-3-MU)

———————

Submitted:  February 3, 1998      Decided:  February 24, 1998

———————

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Diane Matchem, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing this action with prejudice for failure to prosecute. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Matchem v. Runyon</u>, No. CA-92-56-3-MU (W.D.N.C. Nov. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2